UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDUSTRIAL GRIND LLC,<br><br>         Plaintiff,<br><br>v.<br><br>INDUSTRIAL GROUNDS COFFEE CO LLC; and<br>KOURTNEY ST. JOHN,<br><br>         Defendants. | Case No.: 22cv1829-LL-BGS<br><br>**ORDER GRANTING JOINT MOTION TO SET ASIDE DEFAULT AND ALLOW ANSWER FILED BY DEFENDANTS TO STAND**<br><br>[ECF No. 13] |

  Before the Court is a Stipulation to Set Aside Default and Allow the Answer Filed by Defendants to Stand. ECF No. 13. On January 11, 2023, the Clerk of Court entered default against Defendants for failure to timely respond to the complaint. ECF No. 8. Subsequently, pro se Defendant Kourtney St. John filed an answer on behalf of herself and Defendant Industrial Grounds Coffee Co., LLC, but the Court ordered the answer stricken from the docket because a business entity can only appear through a licensed attorney. ECF No. 10. In the Stipulation, which the Court construes as a Joint Motion pursuant to Civil

/ / /

/ / /

/ / /

/ / /

1

1  Local Rule 7.2, Defendants are represented by a licensed attorney, so the Court **GRANTS**
2  the Joint Motion and **DIRECTS** the Clerk's Office to reinstate the previously stricken
3  answer to the docket.
4        **IT IS SO ORDERED**.
5  Dated:  March 10, 2023

                                                Honorable Linda Lopez
                                                United States District Judge