UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDUSTRIAL GRIND LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>INDUSTRIAL GROUNDS COFFEE CO LLC; and<br>KOURTNEY ST. JOHN,<br><br>                              Defendants. | Case No.:  22cv1829-LL-BGS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL**<br><br>[ECF No. 14] |

Before the Court is a Stipulated Final Judgment and Dismissal. ECF No. 14. Pursuant to Civil Local Rule 7.2, the Court construes this Stipulation as a Joint Motion for Dismissal. The parties seek to dismiss this matter with prejudice as to all claims and according to the terms of their settlement agreement. *Id.* They also ask the Court to retain jurisdiction to enforce the terms of the settlement agreement. *Id.* at 5. For good cause

/ / /

/ / /

/ / /

/ / /

/ / /

shown, the Court **GRANTS** the Joint Motion for dismissal, but **DECLINES** to maintain jurisdiction over the settlement. Accordingly, this matter shall be **DISMISSED WITH PREJUDICE**.

  **IT IS SO ORDERED**.

Dated:  March 10, 2023

_____

Honorable Linda Lopez
United States District Judge